# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN CARROLL, on behalf of himself and all others similarly situated and on behalf of the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>AT&T MOBILITY LLC f/k/a CINGULAR WIRELESS LLC and DOES 1 to 150, inclusive,<br><br>    Defendants. | CASE NO. 3:07cv00632 MMC<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

David L. Balser, an active member in good standing of the bar of the United States District Court of the Northern District of Georgia, whose business address and telephone number are:

> MCKENNA LONG & ALDRIDGE LLP
> 303 Peachtree Street, Suite 5300
> Atlanta, GA  30308
> Phone:  (404) 527-4000
> Fax:  (404) 527-4198

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC,

1      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*.  Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party.  All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

7  Dated: February 12, 2007

                                                    HONORABLE MAXINE M. CHESNEY
                                                         *United States Judge*