REGINALD TERRELL (CA Bar 127874)
THE TERRELL LAW GROUP
223 25th Street
Richmond, California 94804
510/237-9700 (phone); 510/237-4616 (fax)
Email: reggiet2@aol.com

DONALD AMAMGBO (CA Bar 164716)
AMAMGBO & ASSOCIATES
7901 Oakport Street, Suite 4900
Oakland, California 94621-2089
510/615-6000 (phone)
Email: donald@amamgbolaw.com

*Attorneys for Julian Carroll and the Proposed Class*

FELICIA Y. FENG (CA BAR 184346)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California 94111
415/267-4000 (phone); 415/267-4198 (fax)
Email: ffeng@mckennalong.com

DAVID L. BALSER (GA BAR 035835) (*PRO HAC VICE*)
NATHAN L. GARROWAY (GA BAR 142194) (*PRO HAC VICE*)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia 30308
404/527-4000 (phone); 404/527-4198 (fax)
Email: dbalser@mckennalong.com

*Attorneys for Defendant ATT Mobility f/k/a Cingular Wireless LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN CARROLL, on behalf of himself and all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC F/K/A CINGULAR WIRELESS LLC; and DOES 1 TO 150, inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-632 MHP<br><br>**SECOND STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)** |

## STIPULATION

**WHEREAS**, Plaintiff Julian Carroll ("Plaintiff") filed the above-entitled action in California Superior Court for the County of San Francisco on or about December 21, 2006;

**WHEREAS**, Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC ("Defendant") removed the above-captioned matter to the United States District Court for the Northern District of California on January 31, 2007;

**WHEREAS**, pursuant to the previous stipulation between the parties, the Defendant must answer, move against, or otherwise respond to the Complaint no later than February 28, 2007;

**WHEREAS**, under Northern District Local Rule 6-1(a), parties are permitted to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order." This extension does not alter the date of any event or any deadline already fixed by Court order.

**THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through their undersigned counsel, that Defendant shall answer, move against, or otherwise respond to Plaintiffs' complaint no later than March 30, 2007.

Dated: February 26, 2007

/s/ Donald Amamgbo (w/ express permission)
REGINALD TERRELL (CA. Bar. 127874)
The Terrell Law Group
223 25th Street
Richmond, California 94804
510-237-9700
510-237-4616 (fax)

DONALD AMAMGBO (CA. Bar. 164716)
Amamgbo & Associates
Oakport, Suite 4900
Oakland, California 94621
510-615-6000 (phone)

*Attorneys for Julian Carroll and the Proposed Class*

| | |
|---|---|
| 1  Dated: February 26, 2007 | /s/ Felicia Y. Feng<br>FELICIA Y. FENG (CA. BAR. 184346)<br>MCKENNA LONG & ALDRIDGE LLP<br>101 California Street, 41st Floor<br>San Francisco, California  94111<br>Telephone:   (415) 267-4000<br>Facsimile:    (415) 267-4198<br>Email:  ffeng@mckennalong.com |

DAVID L. BALSER (*Pro Hac Vice*)
NATHAN L. GARROWAY (*Pro Hac Vice*)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
Email: dbalser@mckennalong.com

*Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC*

2/28/2007

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

On **February 26, 2007**, I electronically filed the:

***Second Stipulation to Extend Time To Answer, Move Against, Or Otherwise Respond To Plaintiffs' Complaint Pursuant to Northern District Local Rule 6-1(A)***

with the Clerk of the United States District Court - Northern District of California, via the Court's electronic court filing system (ECF). The Court will generate email notification to all attorneys of record participating in this case via ECF. Participating attorneys are:

Reginald Von Terrell, Esq., The Terrell Law Group
Felicia Y. Feng, Esq., McKenna Long & Aldridge LLP

For those served by U.S. Mail, I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. On this date I placed with this firm at the above address for deposit with the U.S. Postal Service, a true and correct copy of the document stated above, in a sealed envelope, postage fully paid, addressed as follows:

Donald Amamgbo, Esq.
AMAMGBO & ASSOCIATES PLC
7901 Oakport Street, Suite 4900
Oakland, CA 94621-2089

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 26, 2007**, at San Francisco, California.

/s/ Gina Paronelli

27234020.1