REGINALD TERRELL (CA. Bar. 127874)
The Terrell Law Group
223 25th Street
Richmond, California 94804
510-237-9700
510-237-4616 (fax)
Email: reggiet2@aol.com

DONALD AMAMGBO (CA. Bar. 164716)
Amamgbo & Associates
Oakport, Suite 4900
Oakland, California 94621
510-615-6000 (phone)
Email: donald@amamgbolaw.com

*Attorneys for Julian Carroll and the Proposed Class*

FELICIA Y. FENG (CA. BAR. 184346)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California 94111
Telephone:   (415) 267-4000
Facsimile:    (415) 267-4198
Email: ffeng@mckennalong.com

DAVID L. BALSER (GA BAR NO. 035835)
*(PRO HAC VICE)*
NATHAN L. GARROWAY (GA. BAR NO. 142194)
*(PRO HAC VICE)*
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone:   (404) 527-4000
Facsimile:    (404) 527-4198
Email: dbalser@mckennalong.com

*Attorneys for Defendant AT&T Mobility f/k/a Cingular Wireless LLC*

McKenna Long &
Aldridge LLP
Attorneys At Law
San Francisco

STIPULATION TO EXTEND TIME
CASE NO. 3:07-cv-632 MHP

ATLANTA-#4896002-v1-Extension_Stipulation_#3.DOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN CARROLL, on behalf of himself and all others similarly situated and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY LLC F/K/A CINGULAR WIRELESS LLC; and DOES 1 TO 150, inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-632 MHP<br><br>**THIRD STIPULATION TO EXTEND TIME TO ANSWER, MOVE AGAINST, OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT PURSUANT TO NORTHERN DISTRICT LOCAL RULE 6-1(A)** |

### STIPULATION

**WHEREAS**, Plaintiff Julian Carroll ("Plaintiff") filed the above-entitled action in California Superior Court for the County of San Francisco on or about December 21, 2006;

**WHEREAS**, Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC ("Defendant") removed the above-captioned matter to the United States District Court for the Northern District of California on January 31, 2007;

**WHEREAS**, pursuant to the previous stipulation between the parties, the Defendant must answer, move against, or otherwise respond to the Complaint no later than March 30, 2007;

**WHEREAS**, under Northern District Local Rule 6-1(a), parties are permitted to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint . . . provided the change will not alter the date of any event or any deadline already fixed by Court order." This extension does not alter the date of any event or any deadline already fixed by Court order.

McKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ATLANTA-#4896002-v1-Extension_Stipulation_#3.DOC

- 2 -

THIRD STIPULATION TO EXTEND TIME
CASE NO. 3:07-cv-632 MHP

1  **THEREFORE, IT IS HEREBY STIPULATED**, by and between the parties through
2  their undersigned counsel, that Defendant shall answer, move against, or otherwise respond to
3  Plaintiffs' complaint no later than May 30, 2007.

6  Dated: March 30, 2007

/s/ Reginald Terrell (w/ express permission)
REGINALD TERRELL (CA. Bar. 127874)
The Terrell Law Group
223 25th Street
Richmond, California 94804
510-237-9700
510-237-4616 (fax)

DONALD AMAMGBO (CA. Bar. 164716)
Amamgbo & Associates
Oakport, Suite 4900
Oakland, California 94621
510-615-6000 (phone)

*Attorneys for Julian Carroll and the Proposed Class*

16  Dated: March 30, 2007

/s/ Felicia Y. Feng
FELICIA Y. FENG (CA. BAR. 184346)
MCKENNA LONG & ALDRIDGE LLP
101 California Street, 41st Floor
San Francisco, California  94111
Telephone:   (415) 267-4000
Facsimile:    (415) 267-4198
Email:  ffeng@mckennalong.com

DAVID L. BALSER (*Pro Hac Vice*)
NATHAN L. GARROWAY (*Pro Hac Vice*)
McKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, GA 30308
Telephone:  (404) 527-4000
Facsimile:  (404) 527-4198
Email:  dbalser@mckennalong.com

*Attorneys for Defendant AT&T Mobility LLC f/k/a Cingular Wireless LLC*

April 3, 2007

IT IS SO ORDERED
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

THIRD STIPULATION TO EXTEND TIME
CASE NO. 3:07-cv-632-MHP

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ATLANTA-#4896002-v1-Extension_Stipulation_#3.DOC

## PROOF OF SERVICE

I am a citizen of the United States and employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111.

On **March 30, 2007,** I electronically filed the:

*Third Stipulation to Extend Time To Answer, Move Against, Or Otherwise Respond To Plaintiffs' Complaint Pursuant to Northern District Local Rule 6-1(A)*

with the Clerk of the United States District Court - Northern District of California, via the Court's electronic court filing system (ECF). The Court will generate email notification to all attorneys of record participating in this case via ECF. Participating attorneys are:

    Reginald Von Terrell, Esq., The Terrell Law Group
    Felicia Y. Feng, Esq., McKenna Long & Aldridge LLP

For those served by U.S. Mail, I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. On this date I placed with this firm at the above address for deposit with the U.S. Postal Service, a true and correct copy of the document stated above, in a sealed envelope, postage fully paid, addressed as follows:

    Donald Amamgbo, Esq.
    AMAMGBO & ASSOCIATES PLC
    7901 Oakport Street, Suite 4900
    Oakland, CA  94621-2089

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **March 30, 2007,** at San Francisco, California.

                                                        */s/ Gina Paronelli*