REGINALD TERRELL (SB# 127874)
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616

C. Donald Amamgbo, Esq. (SB# 164716)
AMAMGBO & ASSOCIATES, PLC
1940 Embarcadero
Oakland, CA 94606
Telephone: 510-434-7800
Facsimile: 510-434-7804

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN CARROLL, on behalf of himself and all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>CINGULAR WIRELESS, LLC, ET AL.,<br><br>Defendants. | Case No.: 3:07-cv-00632 MHP<br><br>NOTICE OF VOLUNTARY DISMISSAL |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE is hereby given that pursuant to Federal Rule of Civil Procedure 41(a), the plaintiff Julian Carroll herein

voluntarily dismisses the above-captioned action without prejudice.

Dated: 5-11-2007 TERRELL LAW GROUP

By: ______________________

Reginald Terrell

TERRELL LAW GROUP
REGINALD TERRELL, SB#127874
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616

C. Donald Amamgbo, SB#164716
AMAMGBO & ASSOCIATES
1940 Embarcadero
Oakland, CA 94606
Telephone: 510-434-7800
Facsimile: 510-231-0780

5/14/2007

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA